UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PHILLIP B. LEE,**

       **Plaintiff,**

-vs-                                    Case No. 6:09-cv-2109-Orl-31DAB

**SKY PLUMBING, INC., and GARY W. GILREATH,**

       **Defendants.**

## ORDER

This cause comes before the Court on the Renewed Joint Motion to Approve Settlement Agreement and to Dismiss Case with Prejudice (Doc. No. 35), filed August 5, 2010.

On August 13, 2010, the United States Magistrate Judge issued a report (Doc. No. 36) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Renewed Joint Motion to Approve Settlement Agreement and to Dismiss Case with Prejudice (Doc. No. 35) is **GRANTED**. The settlement is approved as a "fair and reasonable resolution of a bona fide dispute."

3. In accordance with the Settlement Agreement, Defendants shall pay $3,500.00 to Plaintiff Phillip B. Lee and $1,000.00 to Opt-In Plaintiff Clarence Mitchell. Defendants shall also pay $6,000.00 to Plaintiff's counsel for attorney's fees and costs.

4. This case is **DISMISSED** with prejudice. The Court will not reserve jurisdiction to enforce a settlement agreement. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 10, 2010.

_____
**GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE**

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party